387 A.2d 922

Cugley, Appellant, v. Tri-State Hardwoods, Inc. et al.

Argued September 21, 1977. Albert S. Fein, with him David B. Keeffe, for appellant; J. Schmitthenner, with him Maurice L. Epstein, for appellees.

Order and judgment affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.